# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:11-CR-345-T-17-EAJ

VICTOR YANEZ GUTIERREZ

_____/

**ORDER**

This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 539) filed by retained counsel. The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 544) and the government's response to the motion for reduction (Doc. 553). The Court has reviewed the motion, the Amended Assessment for the United States Probation Office, and the response to the motion by the government. The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position of the Probation Office and the government that the total offense level of the defendant remains the same and there is no basis on which the Court can reduce the sentence of this defendant. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 2nd day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record